Case 3:06-cv-05598-RBL Document 4 Filed 10/31/2006 Page 1 of 2

DAVID R. WEST, WSBA #13680  
GARVEY SCHUBERT BARER  
Eighteenth Floor  
1191 Second Avenue  
Seattle, Washington 98101-2939  
(206) 464-3939  

Honorable Ronald B. Leighton



06-CV-05598-ORD

Attorneys for Plaintiff  
Foss Maritime Co.

*Court Use only above this line.*

UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON  
AT TACOMA

FILED ___ LODGED  
___ RECEIVED  

DEC - 1 2006  

CLERK U.S. DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON AT TACOMA  
BY ___ DEPUTY

FOSS MARITIME CO., a Washington corporation,,

    Plaintiff,

vs.

F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35", her engines, machinery, appurtenances, etc., in rem,

    Defendant.

NO. 3:06-CV-05598-RBL

**ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST**

Upon Plaintiff Foss Maritime Co.'s Application for Order Directing Clerk to Issue Warrant of Arrest and after review of the records and files herein, and finding that probable cause for arrest exists, it is

ORDERED that the Clerk shall issue a warrant for the arrest of the defendant vessel, the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35", Official No. unknown, its engines, tackle and other appurtenances.

DATED this ___1st___ day of ___December___, 2006.

    _____  
    HONORABLE RONALD B. LEIGHTON  
    UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST  
(NO. 3:06-CV-05598-RBL) - 1  
SEA_DOCS:823939.1

GARVEY SCHUBERT BARER  
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS  
eighteenth floor  
1191 second avenue  
seattle, washington 98101-2939  
(206) 464-3939

*Presented by:*

GARVEY SCHUBERT BARER

By s/ _____
David R. West, WSBA #13680
Attorneys for Plaintiff Foss Maritime Co.
1191 Second Avenue, 18th Floor
Seattle, Washington 98101-2939
Phone: (206) 464-3939
Fax: (206) 464-0125
drwest@gsblaw.com

ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST
(NO. 3:06-CV-05598-RBL) - 2
SEA_DOCS:823939.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939