Honorable Ronald B. Leighton

06-CV-05598-ORD

FILED _____ LODGED
_____ RECEIVED

AUG - 6 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

*Court Use only above this line.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FOSS MARITIME CO., a Washington corporation,,

   Plaintiff,

vs.

F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35", her engines, machinery, appurtenances, etc., in rem,

   Defendant.

NO. C06- 05598RBL

**ORDER RE DEFAULT JUDGMENT IN REM**

THIS MATTER comes before the Court upon the ex-parte motion of Foss Maritime Company for (1) an order of default in rem against the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35", and all persons with an interest in or claim to the vessel, (2) default judgment in rem against the defendant vessel, (3) award of legal fees, and (4) an order for sale of the defendant vessel. This Court, having considered Plaintiff's Motion For Award of Default and materials in support thereof, hereby ORDERS as follows:

It is hereby ORDERED that all persons with an interest in or claim to the defendant vessel F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35," are in default; and

It is further ORDERED that A. Helge Dordal is in default; and

ORDER RE DEFAULT JUDGMENT IN REM (NO. C06 -05598RBL) - 1
SEA_DOCS:846266.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939

1  It is further ORDERED that in rem defendant vessel F.V. "JYSHEN NO. 36," a/k/a
2  "BIG SUN #35" is in default.

3  DATED this 6th day of August, 2007.

```
                                    _____
                                         UNITED STATES DISTRICT JUDGE
```

Presented by:

GARVEY SCHUBERT BARER

By _____
David R. West, WSBA #13680
Attorneys for Plaintiff
Foss Maritime Co.

ORDER RE DEFAULT JUDGMENT IN REM (NO. C06 -05598RBL) - 2
SEA_DOCS:846266.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939