Honorable Ronald B. Leighton

06-CV-05598-JGM

FILED ___ LODGED
___ RECEIVED

AUG - 6 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY

*Court Use only above this line.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FOSS MARITIME CO., a Washington corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35", her engines, machinery, appurtenances, etc., <u>in rem</u>,<br><br>Defendant. | NO. C06- 05598RBL<br><br>**DEFAULT JUDGMENT <u>IN REM</u> AND <u>IN PERSONAM</u>, AND AWARD OF LEGAL FEES AND COSTS AND ORDER FOR SALE** |

THIS MATTER comes before the Court upon the ex-parte motion of Foss Maritime Company for (1) entry of default judgment <u>in rem</u> against the defendant vessel F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35," (2) an award of legal fees, and (3) an order of sale of the defendant vessel. This motion is supported by the affidavit of David R. West and the records and files herein. After due consideration of such motion and affidavits, and the Court being otherwise advised in the premises, it is:

ORDERED that the maritime lien of plaintiff Foss Maritime Company on the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35," her engines, machinery, appurtenances, etc., is

DEFAULT JUDGMENT IN REM AND IN PERSONAM, AND
AWARD OF LEGAL FEES AND COSTS AND ORDER FOR
SALE (NO. C06-05598RBL) - 1
SEA_DOCS:854166.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*(206) 464-3939*

hereby foreclosed; and it is further

ORDERED that Foss Maritime Company shall have *in rem* judgment against the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35," her engines, machinery, appurtenances, etc., in the amount of $281,143.17, together with prejudgment interest in the sum of $92,390.43, plus 18% interest on the sum of $281,143.17 from July 1, 2007 to the date of this order, and interest thereafter as prescribed by U.S.C. § 1961; and it is further

ORDERED that Foss Maritime Company shall have *in rem* judgment against the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35," her engines, machinery, appurtenances, etc., in the amount of $12,802.50, representing reasonable legal fees to date in the prosecution of the foreclosure of the plaintiff's claim against the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35;" and it is further

ORDERED that the United States Marshal shall, pursuant to Local Admiralty Rule 145 and 150, cause the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35," her engines, machinery, appurtenances, etc., to be sold, free of all liens and encumbrances on a date and at a time hereafter arranged and agreed to by plaintiff and the U.S. Marshal; and it is further

ORDERED that at the sale by the U.S. Marshal of the F.V. "JYSHEN NO. 36," a/k/a "BIG SUN #35," plaintiff shall be permitted to bid all or a part of its judgments hereunder without cash deposit, plus accrued interest and costs in custodian legis.

DATED this 6th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

DEFAULT JUDGMENT IN REM AND IN PERSONAM, AND
AWARD OF LEGAL FEES AND COSTS AND ORDER FOR
SALE (NO. C06-05598RBL) - 2
SEA_DOCS:854166.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939

1  *Presented by:*

2  GARVEY SCHUBERT BARER

3

4  By _____
   David R. West, WSBA #13680
5  Attorneys for Plaintiff
   Foss Maritime Co.
6

7
   *Approved for Entry:*
8

9  By for Michele Stiltner _____
10  UNITED STATE MARSHAL
   Western District of Washington
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFAULT JUDGMENT IN REM AND IN PERSONAM, AND
AWARD OF LEGAL FEES AND COSTS AND ORDER FOR
SALE (NO. C06-05598RBL) - 3
SBA_DOCS:854166.1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939